IN RE PALMER

No. 15 PC.

No. 115 (Fall Term).

Case below: 37 N.C. App. 220.

Petition by the State for writ of certiorari to the North Carolina Court of Appeals allowed 4 October 1978.

MATTHEWS v. TRANSIT CO.

No. 212 PC.

Case below: 37 N.C. App. 59.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1978.

MORAN v. SLUSS

No. 19 PC.

Case below: 37 N.C. App. 232.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978.

MUNCHAK CORP. v. CALDWELL

No. 37 PC.

Case below: 37 N.C. App. 240.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1978.

PHILLIPS v. PHILLIPS

No. 46 PC.

Case below: 37 N.C. App. 388.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 October 1978.